IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

WAYNE MAULDIN,                              §
                                           §
        Petitioner,                        §
                                           §
v.                                         §          2:18-CV-062-D
                                           §
LORIE DAVIS, Director,                     §
Texas Department of Criminal Justice,      §
Correctional Institutions Division,        §
                                           §
        Respondent.                        §

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the

April 9, 2018 findings, conclusions, and recommendation of the magistrate judge to dismiss for

failure to pay the requisite filing fee, the court concludes the magistrate judge's findings and

conclusions are correct. Petitioner has not filed any objections to the findings, conclusions and

recommendation, nor has he paid the filing fee in this cause. The recommendation of the magistrate

judge is adopted, and the petition for a writ of habeas corpus is dismissed.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the

Rules Governing Section 2254 Cases in the United States District Courts, and 28 U.S.C. § 2253(c),

the court denies a certificate of appealability. The court adopts and incorporates by reference the

magistrate judge's findings, conclusions, and recommendation filed in this case in support of its

finding that the petitioner has failed to show (1) that reasonable jurists would find this court's

"assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would

find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and

"debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529

U.S.473, 484 (2000).

If petitioner files a notice of appeal,

( )    petitioner may proceed *in forma pauperis* on appeal.

(X)    petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

May 1, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE